| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

| George Jung Bae<br>USDC Cr.Cs.#03-00039-001<br>SS# XXX-XX-1836<br>DOB: XX-XX-1936<br>HT: 5 ft 7 in<br>WT: 150 lbs | DATE    August 26, 2005 |
|---|---|

YOU ARE AUTHORIZED TO TRAVEL TO    Inchon, South Korea

LEAVING    September 1, 2005    AND RETURNING    September 30, 2005

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Medical treatment for emphysema and heart disease.

**FILED**
DISTRICT COURT OF GUAM

AUG 29 2005

MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Inchon, South Korea;
2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;
3. You shall call your probation officer if you change accommodation/location; and
4. You shall call your probation officer within 24 hours upon your return to Guam.

**RECEIVED**
AUG 29 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

Judy Anne L. Ocampo
UNITED STATES PROBATION OFFICER

NAME    N/A
ADDRESS

[X] APPROVED    [ ] DISAPPROVED

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge



Case 1:03-cr-00039    Document 33    Filed 08/29/2005    Page 1 of 1