# FILED

### DISTRICT COURT OF GUAM

## NOV 10 2005 ꟼ

# MARY L.M. MORAN
# CLERK OF COURT

## UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF GUAM

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL CASE NO.: 03-00039-001** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **TRAVEL STATUS AND REQUEST FOR** |
| | ) | **EXTENSION** |
| **GEORGE J. BAE,** | ) | |
| Defendant. | ) | |
| | ) | |

On August 29, 2005, Mr. Bae was granted permission to travel to Inchon, South Korea, for treatment for emphysema and heart disease, from September 1, 2005 to September 30, 2005. On October 5, 2005, this officer received a telephone call from Mr. Bae's daughter, Jennifer Bae, who related that he father has not returned from Korea as his physician felt his health was too critical to travel. On October 31, 2005, Ms. Bae contacted this probation officer again and advised that her father's physician has discouraged his return travel to Guam because of his failing health. However, Mr. Bae insists on returning to Guam. She indicated that her father is scheduled to return in the next two weeks.

To date, Mr. Bae has satisfactorily complied with his conditions. The Court had authorized similar travel on numerous occasions, and Mr. Bae returned without incident.

In light of the above information, the Court's authorization for a travel extension is requested.

Respectfully submitted this __4 ᵀᴴ__ day of November 2005.

## ORIGINAL

Travel Status and Request for Extension
Re:    BAE, George
USDC Cr. Cs. No. 03-00039-001
November 4, 2005
Page 2

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: _Judy Anne L. Ocampo_
JUDY ANNE L. OCAMPO
U. S. Probation Officer

Reviewed by:

_ROSSANNA VILLAGOMEZ-AGUON_
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    Karon V. Johnson, AUSA
       John T. Gorman, Defense Cousel
       File

************************************************************************

[ X ] Approved                    [    ] Disapproved

It is so ordered this __10th__ day of November 2005 that George J. Bae is authorized to
return to Guam by December 01, 2005.

_JOAQUIN V.E. MANIBUSAN, JR._
U. S. Magistrate Judge

RECEIVED
NOV - 9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM