

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 03-00039-001 |
|         Plaintiff, ) | |
| ) | |
| vs. ) | **REQUEST TO TRAVEL** |
| ) | |
| GEORGE BAE, ) | |
|         Defendant. ) | |

     On April 29, 2004, George Bae was sentenced by the Honorable John S. Unpingco, Chief Judge, U.S. District Court of Guam, for False Statement, in violation of 18 U.S.C. § 1001. He was sentenced to a 36-month term of probation with conditions that he not commit another federal, state, or local crime; not unlawfully possess a controlled substance; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; serve six months of home detention, comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; perform 100 hours of community service; and pay a special assessment fee of $100.00. He has been on probation since April 29, 2004.

     Mr. Bae is requesting the Court's permission to travel to Inchon, South Korea, for treatment for emphysema and heart disease. He will depart on April 21, 2006 and return to Guam on May 21, 2006.

     To date, Mr. Bae has satisfactorily adjusted to his term of probation. He paid his $100 special assessment fee on April 30, 2004, and completed the 100 hours of community service on August 16, 2004. Since April 1997, he has been the president of R&B Enterprises, d.b.a. Ipan Beach Resort. Mr. Bae has completed his home confinement requirement and has made payment towards his home confinement obligation. In addition, he submits monthly supervision reports in a timely manner. The Court has authorized similar travel, and Mr. Bae returned without incident. This Officer therefore supports the travel request and seeks Court approval.

                                                                 Respectfully Submitted,

                                                                 FRANK MICHAEL CRUZ
                                                                 Chief U. S. Probation Officer

                                       By: _____
                                                        JUDY ANNE L. OCAMPO
                                                       U. S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:     File