| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |

ORIGINAL

George Jung Bae
USDC Cr.Cs.#03-00039-001
SS# XXX-XX-1836
DOB: XX-XX-1936
HT: 5 ft 7 in
WT: 150 lbs



DATE  April 14, 2006

**FILED**
DISTRICT COURT OF GUAM
APR 18 2006
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO  Inchon, South Korea

LEAVING  April 21, 2006  AND RETURNING  May 21, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

Medical treatment for emphysema and heart disease.

1. You shall abide by your conditions of probation while in Inchon, South Korea;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

NAME  N/A
ADDRESS  _____

*Judy Anne L. Ocampo*
JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

☒ APPROVED    ☐ DISAPPROVED

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

**RECEIVED**
APR 17 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM