UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GEORGE J. BAE, ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO.: 03-00039-001 <br><br> TRAVEL STATUS AND REQUEST FOR EXTENSION |

On April 20, 2006, Mr. Bae was granted permission to travel to Inchon, South Korea, from April 21, 2006 to May 21, 2006, for treatment for emphysema and heart disease. On May 19, 2006, this Officer received a telephone call from Mr. Bae's daughter, Jennifer Bae, who related that her father has not returned from Korea as his physician felt his health was too critical for travel. Ms. Bae stated that her father was diagnosed with lung cancer and had undergone radiation treatment. She further indicated that the radiation treatment did not eradicate the cancer and the doctors have stated that surgery is not an option. Ms. Bae stated that the doctors have requested that Mr. Bae be allowed to recover in the hospital for approximately seven to ten weeks in order to travel to Guam.

To date, Mr. Bae has satisfactorily complied with his conditions. The Court had authorized similar travel on numerous occasions, and Mr. Bae returned without incident.

In light of the above information, the Court's authorization for a travel extension to July 31, 2006 is requested.

Respectfully submitted this 31st day of May 2006.

**RECEIVED**
JUN - 1 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: *Judy Anne L. Ocampo*
JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File

**FILED**
DISTRICT COURT OF GUAM
JUN - 2 2006
MARY L.M. MORAN
CLERK OF COURT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

[X] Approved     [ ] Disapproved

It is so ordered this 2nd day of June 2006 that George J. Bae is authorized to return to Guam by July 31, 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE

Case 1:03-cr-00039   Document 37   Filed 06/02/2006   Page 1 of 1     ORIGINAL