UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> GEORGE J. BAE ) <br> Defendant. ) <br> _____) | CRIMINAL CASE NO. 03-00039-001 <br><br> **SPECIAL REPORT** |

Re: **Request for Early Termination**

On April 29, 2004, George J. Bae was sentenced in the U.S. District Court of Guam by the Honorable John S. Unpingco to a 36-month probation term for False Statement, in violation of 18 U.S.C. §1001. As part of his probation conditions, he was ordered to not commit another federal, state, or local crime; not unlawfully possess a controlled substance; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; serve six months of home detention; comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; perform 100 hours of community service; and pay a special assessment fee of $100.

On April 20, 2006, the Court granted Mr. Bae permission to travel to Inchon, South Korea, for medical treatment. He was allowed to leave on April 21, 2006 and to return by May 21, 2006. On May 19, 2006, Mr. Bae's daughter, Jennifer Bae, informed this Officer that her father did not return from Korea as his physicians felt his health was too critical for travel. Ms. Bae further indicated that the doctors have requested that Mr. Bae be allowed to recover in the hospital for approximately seven to ten weeks in order to return to Guam. On June 2, 2006, the Court granted an extension of Mr. Bae's travel and ordered that he be authorized to return to Guam by July 31, 2006.

On August 10, 2006, this Officer spoke with Ms. Jennifer Bae, who stated that her father was still in Korea. She reported that she visited had him in June 2006 and that her father would like to return to Guam, however, his physicians would not certify him fit to travel. A medical certification from Ms. Bae was requested. On August 26, 2006, Ms. Bae presented a medical certification from the National Health Insurance Corporation Ilsan Hospital.

SPECIAL REPORT
Request for Early Termination
Re: BAE, Geroge J.
USDC Cr. Cs. No. 03-00039-001
October 10, 2006
Page 2

On September 2, 2006, Mr. Bae returned to Guam against the advise of his physicians to be with his wife, Rosario Bae, who was hospitalized. On September 16, 2006, after three weeks in the hospital, Mrs. Bae's health deteriorated and she subsequently passed away. Mr. Bae is presently on Guam and would like to return to Korea to continue his medical treatment.

Prior to Mr. Bae's departure, he completed all his court-ordered conditions. In light of Mr. Bae's compliance and because of his medical condition, the Probation Officer respectfully recommends that his case be terminated early. Assistant U.S. Attorney Karon Johnson indicated that she has no objections to Mr. Bae's early termination. Mr. Bae's case will expire on April 28, 2007. Due to the confidentiality of Mr. Bae's medical condition, this office would be available to discuss this with the Court if needed.

RESPECTFULLY submitted this __10TH__ day of October 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *Judy Anne L. Ocampo*
JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: John T. Gorman, Federal Public Defender
    Karon V. Johnson, Assistant U.S. Attorney
    File