**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT FILED

FOR THE

DISTRICT COURT OF GUAM

OCT 12 2006

DISTRICT OF GUAM

MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

GEORGE J. BAE

CRIMINAL CASE NO.    03-00039-001

On _____ April 29, 2004 _____ the above named was placed on probation for a period of three years. George

J. Bae has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly

recommended that the probationer discharged from supervision.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _Judy Anne L. Ocampo_

JUDY ANNE L. OCAMPO
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

## RECEIVED

OCT 11 2006

DISTRICT COURT OF GUAM
HAGATNA, GUAM

cc:    Karon V. Johnson, AUSA
       John T. Gorman, Federal Public Defender
       File

### ORDER OF COURT

Pursuant to the above report, it is ordered that George J. Bae be discharged from supervision and that the

proceedings in the case be terminated.

Dated this ___12th___ day of October 2006.

JOHN C. COUGHENOUR, Designated Judge